**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BECKY WOODMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 8:23-cv-01736-AH-(ADSx)<br><br>**FINAL JUDGMENT [JS-6]** |

This action came before the Court for a bench trial, with Judge Anne Hwang presiding. After hearing the evidence, the Court issued its Findings of Fact and Conclusions of Law in favor of Defendant United States of America ("Defendant") and against Plaintiff Becky Woodman ("Plaintiff").

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, pursuant to the Court's Findings of Fact and Conclusions of Law, that judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall recover nothing in this action.

This is a final judgment.

Dated: April 24, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE